Vickie FOGIE and Joan Leonard, on behalf of themselves and all others similarly situated, Plaintiffs,

v.

RENT–A–CENTER, INC., a Kansas Corporation, et al., Defendants.

No. C4–93–1801.

Supreme Court of Minnesota.

June 24, 1994.

David L. Ramp, Legal Aid Soc. of Mpls., Inc., Seymour J. Mansfield, Richard J. Fuller, Mansfield & Tannick, P.A., Mark N. Stageberg, Kay Nord Hunt, Lommen, Nelson, Cole & Stageberg, P.A., and Timothy L. Thompson, Minneapolis, for plaintiffs.

John Troyer, J. Patrick McDavitt, Briggs and Morgan, Minneapolis, and John C. Dods, Peter E. Strand, Shannon Spangler, Shook, Hardy & Bacon, Kansas City, MO, for defendants.

Elmer B. Trousdale, Christopher M. Scotti, Oppenheimer, Wolff & Donnelly, St. Paul, for amicus curiae, Minnesota Retail Merchants Ass'n.

## OPINION

TOMLJANOVICH, Justice.

The following questions were certified to this court from federal district court pursuant to Minn.Stat. § 480.061 (1992): (1) Are rent-to-own contracts consumer credit sales under Minn.Stat. § 325G.15 (1992)? (2) Does the usury statute, Minn.Stat. § 334.01 (1992), apply to rent-to-own contracts? For the reasons set forth in *Miller v. Colortyme, Inc.*, 518 N.W.2d 544 (Minn., 1994), we answer both questions in the affirmative.